UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOACHIM PETROLINO,

        Plaintiff,

   v.

COUNTY OF SPOKANE, et al.,

        Defendants.

No. CV-07-228-FVS

ORDER

**THIS MATTER** having come before the Court on November 19, 2008; Now, therefore

**IT IS HEREBY ORDERED**:

1. The defendants' motion to strike (**Ct. Rec. 48**) is denied.

2. The plaintiff's motion to amend (**Ct. Rec. 49**) is granted in part.

3. The defendants' motion for summary judgment (**Ct. Rec. 44**) is denied **with leave to renew** when discovery is complete.

4. Counsel shall review the scheduling order that is being filed with this order.  The deadlines set therein are now the governing deadlines.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___19th___ day of November, 2008.

                       s/Fred Van Sickle
                        Fred Van Sickle
            Senior United States District Judge

ORDER - 1