AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOACHIM PETROLINO, a single person,

                Plaintiff,

                    v.

COUNTY OF SPOKANE, SPOKANE COUNTY SHERIFF, SPOKANE COUNTY SHERIFF'S OFFICE, SPOKANE COUNTY JAIL, et al,

                Defendants

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-228-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all of the Plaintiff's claims are Dismissed With Prejudice as provided by the Court's Amended Order Granting Partial Summary Judgment, Ct. Rec. 98, entered August 14, 2009, and the Court's Order Granting Judgment on Partial Findings, Ct. Rec. 176, entered on November 17, 2010, Ct. Rec. 176.

| | |
|---|---|
| December 21, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |